IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SGT. RICHARD CORDER and DHARMA CORDER, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:11-CV-00264-WSS |
| BBG COMMUNICATIONS, INC.; BBG GLOBAL AG, a limited liability company; CENTRIS INFORMATION SERVICES, LLC; and DOES 1 through 10, inclusive | § § § § § § | |
| Defendants | § | |

_____

**PLAINTIFFS' REQUEST FOR HEARING
ON DEFENDANTS' BBG COMMUNICATIONS, INC.'S AND
BBG GLOBAL, AG'S MOTION TO DISMISS**

TO:    THE HONORABLE WALTER S. SMITH, JR.:

1.    Defendants' BBG Communications, Inc.'s and BBG Global, AG's Motion to Dismiss (Dkt. No. 48) is set for submission without a hearing.

2.    Although a hearing on Defendants' motion to dismiss is not properly for the receipt of evidence, Plaintiffs believe the issues reviewed are complex, and raises several related issues such as whether documents should be filed under seal or jurisdictional discovery permitted.  A hearing will allow the attorneys to argue their respective positions and respond to questions if it would be helpful to the Court.

3.    Plaintiffs therefore ask the Court to set this motion for hearing.

DATED: March 22, 2012                     Respectfully submitted,

                                          DUNNAM & DUNNAM, L.L.P.
                                          By: _____S/Vance Dunnam_____
                                          Vance Dunnam (Texas Bar No. 06258000)
                                          Jim Dunnam (Texas Bar No. 06258010 )
                                          4125 West Waco Drive
                                          P.O. Box 8418
                                          Waco, TX 76714-8418
                                          Phone: (254) 753-6437
                                          Fax: (254) 753-7434

                                          THE CONSUMER LAW GROUP
                                          By: _____S/Alan M. Mansfield_____
                                          Alan M. Mansfield (CA SBN 125998)
                                          (Admitted *Pro Hac Vice*)
                                          alan@clgca.com
                                          10200 Willow Creek Rd., Suite 160
                                          San Diego, CA 92126
                                          Tel: (619) 308-5034
                                          Fax: (888) 341-5048

                                          EMERSON POYNTER LLP
                                          John G. Emerson (Texas Bar No. 06602600)
                                          jemerson@emersonpoynter.com
                                          830 Apollo Lane
                                          Houston, TX 77058-2610
                                          Tel: (281) 488-8854
                                          Fax: (281) 488-8867

                                          Scott E. Poynter (Admitted *Pro Hac Vice*)
                                          scott@emersonpoynter.com
                                          Chris D. Jennings (Admitted *Pro Hac Vice*)
                                          cjennings@emersonpoynter.com
                                          William T. Crowder (Admitted *Pro Hac Vice*)
                                          wcrowder@emersonpoynter.com
                                          Corey D. McGaha (Texas Bar No. 24058992)
                                          cmcgaha@emersonpoynter.com
                                          500 President Clinton Ave., Ste. 305
                                          Little Rock, AR 72201
                                          Tel: (501) 907-2555
                                          Fax: (501) 907-2556

WHATLEY DRAKE & KALLAS, LLC
Joe R. Whatley, Jr., Esq. (Admitted *Pro Hac Vice*)
Edith M. Kallas, Esq. (Admitted *Pro Hac Vice*)
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7070
Fax: (212) 447-7077

John Mattes, Esq. (Fla. SBN 0468150)
(Admitted *Pro Hac Vice*)
investigativeguy@gmail.com
1666 Garnet Avenue, #815
San Diego, CA 92109
Tel: (858) 412-6081

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of March, 2012, a true and correct copy of the foregoing pleading was forwarded via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, to the parties listed below.

                                      S/Alan M. Mansfield
                                        Alan M. Mansfield
                                        (Admitted *Pro Hac Vice*)

| | |
|---|---|
| NAMAN, HOWELL, SMITH & LEE, LLP<br>John P. Palmer (SBN: 15430600)<br>900 Washington, 7th Floor<br>P. O. Box 1470<br>Waco, TX 76703-1470<br>Tel: (254) 755-4100<br>Fax: (254) 754-6331<br><br>Attorneys for Defendants BBG<br>COMMUNICATIONS, INC. and BBG<br>GLOBAL AG | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Fred R. Puglisi (Admitted *Pro Hac Vice*)<br>Valerie E. Alter (Admitted *Pro Hac Vice*)<br>Elizabeth S. Berman (Admitted *Pro Hac Vice*)<br>Jay T. Ramsey (Admitted *Pro Hac Vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Tel: (310) 228-3700<br>Fax: (310) 228-3701<br><br>Attorneys for Defendants BBG<br>COMMUNICATIONS, INC. and BBG<br>GLOBAL AG |
| HARBOUR, SMITH HARRIS & MERRITT<br>Edward L. Merritt (Texas Bar No.: 13967400)<br>P. O. Drawer 2072<br>Longview, TX 75606<br>Tel: (903) 757-4001<br>Fax: (903) 743-5123<br><br>Attorneys for Defendant CENTRIS<br>INFORMATION SERVICES, LLC | |