IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SGT. RICHARD CORDER and DHARMA CORDER, individually and on behalf of themselves and as Representatives of a Class of all other similarly situated, | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | CIVIL ACTION W-11-CA-264 |
| BBG COMMUNICATIONS, INC.; BBG GLOBAL, AG, A limited liability company; and DOES 1 through 10, inclusive | § § § § § | |
| Defendants. | § | |

**DEFENDANTS BBG COMMUNICATIONS, INC. AND BBG GLOBAL, AG'S NOTICE OF ERRATA RE AVANTICOM DECLARATION**

To the honorable Court: When Defendants BBG Global, AG and BBG Communications, Inc. filed the avanticom declaration (ECF Doc. No. 61-2) in connection with their Reply In Support Of Motion To Dismiss (ECF Doc. No. 61), they inadvertently excluded Exhibit A thereto. A complete copy of the declaration and accompanying Exhibit A is attached hereto.

Respectfully submitted,

       /s/ Fred R. Puglisi
Fred R. Puglisi
California Bar No. 121822
Admitted Pro Hac Vice
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067
Telephone:  (310) 228-3700
Facsimile No.: (310) 228-3701

John P. Palmer
State Bar No. 15430600

-2-

        of
NAMAN, HOWELL, SMITH & LEE, L.L.P.
900 Washington, 7th Floor
P. O. Box 1470
Waco, Texas  76703-1470
(254) 755-4100
FAX (254) 754-6331

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The parties listed below will be notified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    ____/s/ Fred R. Puglisi_____
    Fred R. Puglisix

| | |
|---|---|
| DUNNAM & DUNNAM, L.L.P.<br>Vance Dunnam (Texas Bar No. 06258000)<br>Jim Dunnam (Texas Bar No. 06258010 )<br>4125 West Waco Drive<br>P.O. Box 8418<br>Waco, TX 76714-8418<br>Phone: (254) 753-6437<br>Fax: (254) 753-7434<br><br>Attorneys for Plaintiffs | THE CONSUMER LAW GROUP<br>Alan M. Mansfield (CA SBN 125998)<br>(Admitted *Pro Hac Vice*)<br>alan@clgca.com<br>10200 Willow Creek Rd., Suite 160<br>San Diego, CA 92126<br>Tel: (619) 308-5034<br>Fax: (888) 341-<br><br>Attorneys for Plaintiffs |
| EMERSON POYNTER LLP<br>John G. Emerson (Texas Bar No. 06602600)<br>jemerson@emersonpoynter.com<br>830 Apollo Lane<br>Houston, TX 77058-2610<br>Tel: (281) 488-8854<br>Fax: (281) 488-8867<br><br>Scott E. Poynter (Admitted *Pro Hac Vice*)<br>scott@emersonpoynter.com<br>Chris D. Jennings (Admitted *Pro Hac Vice*)<br>cjennings@emersonpoynter.com<br>William T. Crowder (Admitted *Pro Hac Vice*)<br>wcrowder@emersonpoynter.com<br>Corey D. McGaha (Texas Bar No. 24058992)<br>cmcgaha@emersonpoynter.com<br>500 President Clinton Ave., Ste. 305<br>Little Rock, AR 72201<br>Tel: (501) 907-2555<br>Fax: (501) 907-2556<br><br>Attorneys for Plaintiffs | WHATLEY DRAKE & KALLAS, LLC<br>Joe R. Whatley, Jr., Esq.<br>(Admitted *Pro Hac Vice*)<br>Edith M. Kallas, Esq. (Admitted *Pro Hac Vice*)<br>380 Madison Avenue, 23rd Floor<br>New York, NY 10017<br>Tel: (212) 447-7070<br>Fax: (212) 447-7077<br><br>Attorneys for Plaintiffs |
| John Mattes, Esq. (Fla. SBN 0468150)<br>(Admitted *Pro Hac Vice*)<br>investigativeguy@gmail.com<br>1666 Garnet Avenue, #815<br>San Diego, CA 92109<br>Tel: (858) 412-6081<br><br>Attorneys for Plaintiffs | HARBOUR, SMITH HARRIS & MERRITT<br>Edward L. Merritt (Texas Bar No.: 13967400)<br>P. O. Drawer 2072<br>Longview, TX 75606<br>Tel: (903) 757-4001<br>Fax: (903) 743-5123<br><br>Attorneys for Defendant CENTRIS<br>INFORMATION SERVICES, LLC |