***REDACTED***

**Von:** David Keeports <david_keeports@yahoo.com>
**Datum:** 30. März 2012 00:00:28 MESZ
**An:** "jens.nitzschke@avanticom.de" <jens.nitzschke@avanticom.de>
**Betreff: Avanticom scandal in Leipzig Airport: third submission**
**Antwort an:** David Keeports <david_keeports@yahoo.com>

Dear Mr. Nitzschke,

Within the last couple of weeks I have contacted you twice to ask you a question with a simple yes or no answer, but you have not responded to my question. Members of the US military are systematically and disgracefully scammed when they make calls using credit cards from Leipzig Airport. This story has received extensive coverage by the top news media in the US. BBG's attorney, who I assume is their lead defense attorney in all lawsuits against BBG, has stated both in the New York Times and in the Newsweek/The Daily Beast that it is Avanticom, not BBG, that sets the outlandish rates of calls at Leipzig Airport. Does Avanticom in fact set

the rates of calls at Leipzig Airport, yes or no?

If I have not received from you an unambiguous answer to this question by Tuesday, April 3, I will assume that BBG's attorney is telling the truth. The specific $41 charge for calls lasting only a few seconds is reported online more than one hundred times for calls originating at many major European airports. Surely if Avanticom is responsible for setting this rate in Leipzig, it is responsible for setting this rate throughout Europe. Unless I receive a clear denial from you by April 3, I will assume that Avanticom is responsible for the outlandish credit card charges from European airports, in which case I will contact all major European newspapers so they can expose Avanticom's unconscionable overcharges.

Sincerely,
David Keeports